B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Cargo Logistics By J.Cioffi, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>22-3463750 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>200 Middlesex Avenue<br>Carteret, NJ            ZIP Code 07008 | Street Address of Joint Debtor (No. and Street, City, and State):            ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Middlesex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):            ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information         *** Scott S. Rever (SR-1425) ***

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Cargo Logistics By J.Cioffi, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Cargo Logistics By J.Cioffi, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Scott S. Rever
Signature of Attorney for Debtor(s)

Scott S. Rever (SR-1425)
Printed Name of Attorney for Debtor(s)

WASSERMAN, JURISTA & STOLZ
Firm Name

225 Millburn Avenue
Suite 207
Millburn, NJ 07041
Address

Email: attys@wjslaw.com
(973) 467-2700  Fax: (973) 467-8126
Telephone Number

August 9, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Joseph Cioffi
Signature of Authorized Individual

Joseph Cioffi
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 9, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

IN THE UNITED STATES BANKRUPTCY COURT

In the Matter of:                              }
                                               } Case No.
**CARGO LOGISTICS BY J. CIOFFI, INC.**         } Chapter 11
                                               }
**Debtor**                                     }


### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, JOSEPH CIOFFI, declare under penalty of perjury that I am the President of CARGO LOGISTICS BY J. CIOFFI, INC., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 9th day of August, 2011.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that JOSEPH CIOFFI, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that JOSEPH CIOFFI, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that JOSEPH CIOFFI, President of this Corporation is authorized and directed to employ Robert B. Wasserman (RW-3242) attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Corporation in such bankruptcy case."

Date: August 9, 2011          Signed: _____
                                      JOSEPH CIOFFI, PRESIDENT

## Resolution of Board of Directors
## of
## CARGO LOGISTICS BY J. CIOFFI, INC.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that JOSEPH CIOFFI, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that JOSEPH CIOFFI, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that JOSEPH CIOFFI, President of this Corporation is authorized and directed to employ Robert B. Wasserman (RW-3242), attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Corporation in such bankruptcy case.

Date: August 9, 2011          Signed: _____
                                      JOSEPH CIOFFI, PRESIDENT

**Cargo Logistics By J. Cioffi, Inc.**
**Balance Sheet**
**(To be provided)**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re   Cargo Logistics By J.Cioffi, Inc.          Case No.
                                           Debtor(s)            Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Eikhom Property Trust<br>13952 Collection Center Drive<br>Chicago, IL 60693 | Eikhom Property Trust<br>13952 Collection Center Drive<br>Chicago, IL 60693 | Unpaid Rent | | 616,000.00 |
| Keystone NJP II, LLC<br>c/o ProLogis<br>301 Route 17 North<br>Suite 204<br>Rutherford, NJ 07070 | Keystone NJP II, LLC<br>c/o ProLogis<br>301 Route 17 North<br>Rutherford, NJ 07070 | Unpaid Rent | | 505,226.70 |
| Acetylene Supply Company<br>475 U.S. Route 9 South<br>Woodbridge, NJ 07095 | Acetylene Supply Company<br>475 U.S. Route 9 South<br>Woodbridge, NJ 07095 | Business Debt | | 3,526.40 |
| PSE&G<br>PO Box 14104<br>New Brunswick, NJ 08906-4104 | PSE&G<br>PO Box 14104<br>New Brunswick, NJ 08906-4104 | Utility Bills | | 3,000.00 |
| Cipas Container Services<br>PO Box 195<br>Avenel, NJ 07001 | Cipas Container Services<br>PO Box 195<br>Avenel, NJ 07001 | Business Debt | | 2,417.65 |
| GE Capital<br>PO Box 644479<br>Pittsburgh, PA 15264-4479 | GE Capital<br>PO Box 644479<br>Pittsburgh, PA 15264-4479 | Business Debt - Leases for Forklifts | | 2,218.00 |
| ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | ADT Security Services, Inc.<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | Business Debt | | 2,135.98 |
| AllTech<br>762 Fairfield Avenue<br>Kenilworth, NJ 07033 | AllTech<br>762 Fairfield Avenue<br>Kenilworth, NJ 07033 | Business Debt | | 1,945.15 |
| Generated LTD<br>327 Meadow Road<br>Edison, NJ 08837 | Generated LTD<br>327 Meadow Road<br>Edison, NJ 08837 | Business Debt | | 1,225.00 |
| Vanguard Direct<br>519 Eighth Avenue<br>23rd Floor<br>New York, NY 10018 | Vanguard Direct<br>519 Eighth Avenue<br>23rd Floor<br>New York, NY 10018 | Business Debt | | 996.25 |
| Olexion Rubbish Hauling, Inc.<br>75 Tyler Place<br>South Plainfield, NJ 07080 | Olexion Rubbish Hauling, Inc.<br>75 Tyler Place<br>South Plainfield, NJ 07080 | Business Debt | | 620.97 |

B4 (Official Form 4) (12/07) - Cont.

In re  Cargo Logistics By J.Cioffi, Inc.       Case No. _____

              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ace-Walco Pest Control<br>138 E. Edgar Road<br>PO Box 4130<br>Linden, NJ 07036 | Ace-Walco Pest Control<br>138 E. Edgar Road<br>PO Box 4130<br>Linden, NJ 07036 | Business Debt | | 545.70 |
| Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | Utility Bills | | 523.00 |
| Falcon Messenger Service<br>55 Walker Street<br>New York, NY 10013 | Falcon Messenger Service<br>55 Walker Street<br>New York, NY 10013 | Business Debt | | 375.00 |
| Bank of America Leasing<br>Lease Administration Center<br>PO Box 405874<br>Atlanta, GA 30384-5874 | Bank of America Leasing<br>Lease Administration Center<br>PO Box 405874<br>Atlanta, GA 30384-5874 | Business Debt - Lease of Copy Machines | | 280.12 |
| Middlesex Water Co.<br>PO Box 42635<br>Philadelphia, PA 19101-2635 | Middlesex Water Co.<br>PO Box 42635<br>Philadelphia, PA 19101-2635 | Utility Bills | | 80.00 |
| Zee Medical Inc.<br>PO Box 781433<br>Indianapolis, IN 46278 | Zee Medical Inc.<br>PO Box 781433<br>Indianapolis, IN 46278 | Business Debt | | 17.29 |
| Elizabethtown Gas<br>P.O. Box 11811<br>Newark, NJ 07101-8111 | Elizabethtown Gas<br>P.O. Box 11811<br>Newark, NJ 07101-8111 | Utility Bills | | 16.15 |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 9, 2011       Signature  /s/ Joseph Cioffi
                                                        Joseph Cioffi
                                                        President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re: Cargo Logistics By J.Cioffi, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 9, 2011

/s/ Joseph Cioffi
Joseph Cioffi/President
Signer/Title

Ace-Walco Pest Control
138 E. Edgar Road
PO Box 4130
Linden, NJ 07036


Acetylene Supply Company
475 U.S. Route 9 South
Woodbridge, NJ 07095


ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967


AllTech
762 Fairfield Avenue
Kenilworth, NJ 07033


Bank of America Leasing
Lease Administration Center
PO Box 405874
Atlanta, GA 30384-5874


Cipas Container Services
PO Box 195
Avenel, NJ 07001


Drinker Biddle and Reathe
500 Campus Drive
Florham Park, NJ 07932


Eikhom Property Trust
13952 Collection Center Drive
Chicago, IL 60693


Elizabethtown Gas
P.O. Box 11811
Newark, NJ 07101-8111


Falcon Messenger Service
55 Walker Street
New York, NY 10013


GE Capital
PO Box 644479
Pittsburgh, PA 15264-4479

```
Generated LTD
327 Meadow Road
Edison, NJ 08837


Keystone NJP II, LLC
c/o ProLogis
301 Route 17 North
Suite 204
Rutherford, NJ 07070


Middlesex Water Co.
PO Box 42635
Philadelphia, PA 19101-2635


Olexion Rubbish Hauling, Inc.
75 Tyler Place
South Plainfield, NJ 07080


PSE&G
PO Box 14104
New Brunswick, NJ 08906-4104


Vanguard Direct
519 Eighth Avenue
23rd Floor
New York, NY 10018


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Zee Medical Inc.
PO Box 781433
Indianapolis, IN 46278
```